FORD & HARRISON LLP
David M. Safon (DS 3367)
100 Park Avenue, Suite 2500
New York, New York 10017
(212) 453-5900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FELIX PENA,

    Plaintiff,

-against-

WEATHERBEE CONSTRUCTION CORPORATION,

    Defendant.

05 CV 3839 (ARR)(LB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that (1) the within action be and hereby is dismissed with prejudice, without costs to either party; (2) the parties are obligated to comply with the terms of the Settlement Agreement ("Agreement") executed by both parties to resolve the within action; and (3) the United States District Court, Eastern District of New York, retains jurisdiction for the purpose of enforcing the Agreement.

Dated: New York, New York
       December 21, 2005

By: _/s/ Felix Pena_
Felix Pena
*Pro Se* Plaintiff
3706 69th Street, Apt. 3F
Woodside, NY 11377

FORD & HARRISON LLP

By: _/s/ David M. Safon_
David M. Safon (DS 3367)
Attorneys for Defendant
Weatherbee Construction Corporation
100 Park Avenue, Suite 2500
New York, NY 10017
(212) 453-5900

SO ORDERED:

_____  12/22/05
U.S.D.J. Allyne A. Ross